**Affirmed and Affirmed as Modified and Opinion Filed November 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00173-CR
No. 05-12-00174-CR

**MAHIR ABDALRAZZAAQEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-00580-H and F11-00581-H**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Myers
Opinion by Justice Francis

A jury convicted Mahir Abdalrazzaaqel of theft in the aggregate value of $200,000 or more and failure to appear/felony and assessed concurrent sentences of fifteen years and two years in prison, respectively. In two issues, appellant contends the evidence is insufficient to support the trial court's order for court costs in each case. In a third issue, appellant asks that we reform the judgment to reflect the correct offense in the failure to appear case. We sustain the third issue and modify the judgment. We affirm the judgment in Cause No. 05-12-00173-CR and affirm the judgment in Cause No. 05-12-00174-CR as modified.

In his first two issues, appellant contends the evidence is insufficient to support the trial court's judgment that he pay court costs in the amounts of $264 and $244 because the clerk's records do not contain bills of costs. Since the filing of the appeal, this Court requested and has

received supplemental clerk's records containing the certified bill of costs associated with each of these cases. Consequently, appellant's sufficiency complaint is moot. *See Franklin v. State*, 402 S.W.3d 894, 894 (Tex. App.—Dallas 2013, no pet.).

Appellant, however, has filed an objection to the supplemental records, arguing the bills of costs (1) were not proper because they are "unsigned, unsworn" computer printouts and (2) were not filed in the trial court or brought to the trial court's attention before costs were entered in the judgment. We recently addressed and overruled these exact objections in *Coronel v. State*, 05-12-00493-CR, 2013 WL 3874446, at *4–5 (Tex. App.—Dallas July 29, 2013, no pet. h.). Likewise, we overrule issues one and two.

In Cause No. 05-12-00174-CR, appellant asserts a third issue in which he complains the judgment incorrectly reflects a conviction for "JUMP BAIL" when the jury convicted him of the offense of "Failure to Appear/Felony." He requests that we reform the judgment to reflect the correct offense. The State agrees.

This Court has the authority to correct the judgment of the court below to make the record "speak the truth" when we have the necessary data and information to do so. *Asberry v. State*, 813 S.W.2d 526, 529 (Tex. App.—Dallas 1991, pet. ref'd). Section 38.10 of the Texas Penal Code under which appellant was convicted is entitled, "Bail Jumping and Failure to Appear." TEX. PENAL CODE ANN. § 38.10 (West 2011). The judgment in this case contains a slang or shortened version of the offense name. So that the judgment is consistent with the charge, we modify the judgment to reflect a conviction for "Failure to Appear/Felony." We sustain the third issue.

We affirm the judgment in Appeal No. 05-12-00173-CR. We affirm the judgment in Appeal No. 05-12-00174-CR as modified.


        /Molly Francis/
        MOLLY FRANCIS
        JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120173F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MAHIR ABDALRAZZAAQEL, Appellant

No. 05-12-00173-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. F11-00580-H.
Opinion delivered by Justice Francis;
Justices FitzGerald and Myers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered November 6, 2013

/Molly Francis/

MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MAHIR ABDALRAZZAAQEL, Appellant

No. 05-12-00174-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. F11-00581-H.
Opinion delivered by Justice Francis;
Justices FitzGerald and Myers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

To reflect the "Offense for which Defendant Convicted" as Failure to Appear/Felony.

As **MODIFIED**, the judgment is **AFFIRMED**.

Judgment entered November 6, 2013

/Molly Francis/
MOLLY FRANCIS
JUSTICE